**Exhibit A to the Complaint**

**Location:** Las Vegas, NV  
**Total Works Infringed:** 25

**IP Address:** 68.96.116.185  
**ISP:** Cox Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 09/13/2018 02:35:21 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 2 | 06F79434931C13FC439AF646206E698DBF9E6913 | Blacked Raw | 04/11/2018 05:03:23 | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 3 | 0AC91C9EC33B89F3F34C74B82B0F5475D6CADF38 | Blacked Raw | 06/30/2018 05:14:50 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 4 | 197ABAC97B3D210369FA6D08682C7312D58A5743 | Blacked | 03/06/2018 23:17:15 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 5 | 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485 | Blacked | 09/08/2018 08:45:48 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 6 | 2D1FCBEA35DB18BEF743A054923C27AA58964B62 | Blacked Raw | 09/27/2018 06:59:23 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 7 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 04/11/2018 05:36:25 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 8 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | Vixen | 05/30/2018 11:51:02 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 9 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | Vixen | 08/04/2018 04:27:16 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 10 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | Blacked | 07/28/2018 08:59:15 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 11 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 08/14/2018 00:31:31 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 12 | 63B0146A0CFC37F1FBF5E924B89EDA4AFD406101 | Blacked Raw | 07/02/2018 09:03:26 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 13 | 6471AC811C89A07BC2860B0F2CEB25A256A6B2F9 | Blacked Raw | 06/10/2018 03:24:55 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 14 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | Blacked | 04/26/2018 19:45:45 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 15 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/30/2018 05:08:33 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 16 | 85D5FBF147E9471F935771CE52471E3036270454 | Tushy | 06/10/2018 03:48:54 | 05/26/2018 | 07/14/2018 | PA0002128078 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 87B60D12F1B3B0A2B6D1A581865517EE6EE9A1BC | Blacked | 08/04/2018 05:02:26 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 18 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/12/2018 01:47:38 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 19 | AA99615AE6C723CB3050DAC4D48D914E6D5CC02F | Blacked Raw | 05/23/2018 21:06:54 | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 20 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | Blacked | 06/10/2018 03:14:16 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 21 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | Blacked | 09/13/2018 02:27:35 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 22 | DE00285CDC5F2F3A2D02D98133147476F144C14D | Vixen | 07/13/2018 10:01:03 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 23 | E12FD4D629A309DFE8E61034EB8298524FDBCC27 | Vixen | 07/28/2018 09:48:22 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 24 | F6CE08796E7200EA0845FF9313369CF337C207BF | Vixen | 08/04/2018 05:10:16 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 25 | F97C3CD20B56192871CBC462476E27A830431878 | Blacked Raw | 07/28/2018 08:55:13 | 07/11/2018 | 08/07/2018 | PA0002131894 |