Kevin M. Sutehall (9437)
Mark J. Connot (10010)
**FOX ROTHSCHILD LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Tel.: (702) 262-6899
Fax: (702) 597-5503
ksutehall@foxrothschild.com
mconnot@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 68.96.116.185,<br><br>Defendant. | Case Number: 2:18-cv-02324-JAD-PAL<br><br>**STRIKE 3 HOLDINGS, LLC'S EX-PARTE APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this ex-parte application for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On January 18, 2019, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identifying information [CM/ECF 6]. Plaintiff issued the subpoena on or about January 28, 2019 and received the ISP's response on or about February 28, 2019.

1

Strike 3 Holdings, LLC's Ex-Parte Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant

3. Plaintiff is currently conducting a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action prior to attempting to effect service of process on that individual.

4. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than March 6, 2019.

5. Plaintiff respectfully requests that the time within which it has to effect service of the summons and Complaint on Defendant be extended an additional fifty (50) days, and thus the deadline to effect service be extended to April 25, 2019. This extension should allow Plaintiff sufficient time to conclude its investigation, amend the complaint and effect service on the appropriate defendant.

6. This application is made in good faith and not for the purpose of undue delay.

7. This is Plaintiff's first request for an extension. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until April 25, 2019. A proposed order is attached for the Court's convenience.

Dated this 5th day of March, 2019.

**FOX ROTHSCHILD LLP**

By: /s/ *Kevin M. Sutehall*
KEVIN M. SUTEHALL (9437)
MARK J. CONNOT (10010)

*Attorney for Plaintiff Strike 3 Holdings, LLC*

2

Strike 3 Holdings, LLC's Ex-Parte Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 68.96.116.185,<br><br>　　　　Defendant. | Case Number: 2:18-cv-02324-JAD-PAL<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S EX-PARTE APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's ex-parte application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until April 25, 2019 to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 11, 2019

1